IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:02CR89

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GREGORY ALLEN OAKS ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. *See, United States v. Oaks,* 2006 WL 1880278 (4th Cir. 2006).

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **TUESDAY, OCTOBER 3, 2006, AT 2:00 PM**, at the U.S. Courthouse in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the Federal Defender appoint counsel to represent the Defendant at resentencing. A revised presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The

United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit a copy of this Order electronically to defense counsel, the United States Attorney, the United States Marshal, and the United States Probation Office; a copy shall be furnished to the Defendant by way of regular U.S. Mail.

**IT IS FURTHER ORDERED** that the United States Marshal notify the Clerk's Office upon receipt of this Order.

Signed: August 3, 2006

Lacy H. Thornburg
United States District Judge